UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTEZ MOSES,

      Plaintiff,

v.

BIANCA TIC, et al.,

      Defendants.

Case No. 25-cv-10852

Honorable Robert J. White

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION**

Montez D. Moses initially commenced this *pro se* 42 U.S.C. § 1983 action against three Macomb Correctional Facility staff members in their official and personal capacities: Bianca Tic, Jordan Turini, and Unknown Seymour. Moses asserts that defendants acted with deliberate indifference to his mental illness and filed a retaliatory misconduct charge against him. The Court already dismissed Unknown Seymour from the litigation. (ECF No. 10).

Before the Court is Magistrate Judge Anthony P. Patti's June 15, 2026 report and recommendation. (ECF No. 34). The report recommends that the Court grant Tic and Turini's motion for summary judgment on the basis of exhaustion. (ECF No.

26).  None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's June 15, 2026 report and recommendation (ECF No. 34) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Tic and Turini's motion for summary judgment on the basis of exhaustion (ECF No. 26) is granted.

Dated: July 7, 2026                      s/ Robert J. White
                                         Robert J. White
                                         United States District Judge

2